```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION

RENAISSANCE PEN COMPANY,          )
d/b/a Michel Perchin,             )
                                  )
            Plaintiff,            )
                                  )
     v.                           )    No. 4:04 CV 557 DDN
                                  )
KRONE, LLC,                       )
                                  )
            Defendant.            )
```

## ORDER

**IT IS HEREBY ORDERED** that the final pretrial conference on June 1, 2007, is reset from 10:00 a.m. to 1:30 p.m., because the court will be presiding at a naturalization ceremony that morning.


                                   /S/ David D. Noce
                                  **DAVID D. NOCE**
                                  **UNITED STATES MAGISTRATE JUDGE**


Signed on May 18, 2007.